

# Fourth Court of Appeals
## San Antonio, Texas

February 24, 2021

No. 04-20-00613-CV

Marcos **GONZALEZ**,
Appellant

v.

**DURANGO MIDRISE, LP**, A Texas Limited Partnership d/b/a Hemisview Village,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2020CV00649
Honorable J. Frank Davis, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION. All other pending motions are DISMISSED AS MOOT.

We order that no costs be assessed against appellant because he is indigent.

It is so **ORDERED** on February 24, 2021.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of February, 2021.

_____
Michael A. Cruz, Clerk of Court